IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| AMY GONDRELLA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. |
| ) | 04-0546-BH-L |
| BRITTANY MAINOR, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

This action came on for trial on January 23, 24 and 25, 2006, before the jury selected by the parties on January 4, 2006.  Upon completion of all the evidence, counsels' closing arguments and the Court's charge, the jury deliberated and returned a verdict in favor of the defendant and against the plaintiff.  It is therefore **ORDERED** that **JUDGMENT** be entered in favor of the defendant, Brittany Mainor, and against the plaintiff, Amy Gondrella, the plaintiff to have and recover nothing of the defendant.  Costs are taxed against the plaintiff.

    **DONE** this 26th day of January, 2006.

                                                      s/ W. B. Hand
                                            SENIOR DISTRICT JUDGE