IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| AMY GONDRELLA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | 04-0546-BH-L |
| BRITTANY MAINOR, | ) | |
| | ) | |
| Defendants. | ) | |

**JUDGMENT**

Pursuant to the jury verdict rendered in this action, it is **ORDERED**, **ADJUDGED** and **DECREED** that **JUDGMENT** be entered in favor of the defendant, Brittany Mainor, and against the plaintiff, Amy Gondrella, the plaintiff to have and recover nothing of the defendant. Costs are taxed against the plaintiff.

**DONE** this 26th day of January, 2006.

                                                      s/ W. B. Hand
                                              SENIOR DISTRICT JUDGE